1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:     (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON SERVICES, INC., JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
9  Johnson, Inc."). DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
10 International, Ltd.")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY VANYI and KAREN VANYI,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON. INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. CV-12-3535-MEJ<br><br>**STIPULATION TO STAY ALL PROCEEDINGS**<br><br>[Filed concurrently with [Proposed] Order] |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The parties to this action[1], by and through the undersigned counsel, stipulate to stay all

---

[1]   Although Johnson & Johnson Services, Inc., Johnson & Johnson (erroneously sued as
(footnote continued)

1 proceedings in this case pending a decision by the Judicial Panel on Multidistrict Litigation
2 ("Panel") on the transfer of this case to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant*
3 *Products Liability Litigation*, MDL Docket No. 2244, which is currently pending before Judge Ed
4 Kinkeade in the United States District Court for the Northern District of Texas.  A stay of this
5 action will preserve the resources of the Court and all the parties involved.  All parties agree that a
6 stay of proceedings is necessary and appropriate to achieve the judicial economies that underlie 28
7 U.S.C. § 1407 and that the burden of duplicative litigation weighs heavily in favor of staying
8 proceedings pending MDL transfer.

9    The parties further stipulate that all deadlines in the above-captioned matter, including any
10 deadlines relating to a potential remand motion and any outstanding responsive pleading, are
11 extended pending entry of a Scheduling Order in the MDL court addressing the sequencing and
12 processing of future remand motions.

13    For the foregoing reasons, the parties respectfully request that the Court grant their
14 stipulation to stay all proceedings in this action pending its likely transfer to MDL 2244 and
15 extend all deadlines in this case until 30 days after the entry of a joint Case Management Order in
16 the MDL addressing remand briefing.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /

---

"Johnson & Johnson, Inc."), and DePuy International Limited (erroneously sued as "DePuy International, Ltd.") join in the filing of this stipulation, Johnson & Johnson Services, Inc., Johnson & Johnson, and DePuy International Limited expressly preserve all of their defenses, including lack of personal jurisdiction. Johnson & Johnson Services, Inc., Johnson & Johnson, and DePuy International Limited recognize that the MDL court will be best suited to oversee all overlapping issues in the Pinnacle Cup System cases – including any motions under Federal Rule of Civil Procedure 12(b).

Respectfully submitted,

DATED: July 17, 2012                 SEEGER SALVAS LLP

By: */s/ Adam R. Salvas*
   Kenneth M. Seeger
   Adam R. Salvas
   Brian J. Devine
   Attorneys for Plaintiffs LARRY VANYI and
   KAREN VANYI

DATED: July 17, 2012                 YUKEVICH CALFO & CAVANAUGH

By: */s/ Alexander G. Calfo*
   Alexander G. Calfo
   Kelley S. Olah
   Gabrielle Anderson-Thompson
   Attorneys for Defendants DEPUY
   ORTHOPAEDICS, INC., JOHNSON &
   JOHNSON SERVICES, INC., JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
   Johnson, Inc."). DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
   International, Ltd.")

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On July 17, 2012, I served true copies of the following document(s) described as **STIPULATION TO STAY ALL PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kenneth M. Seeger | Attorneys for Plaintiffs |
| Adam R. Salvas | LARRY VANYI and KAREN VANYI |
| Brian J. Devine | |
| SEEGER • SALVAS LLP | |
| 455 Market Street, Suite 1530 | T:  (415) 981-9260 |
| San Francisco, CA 94105 | F:  (415) 981-9266 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2012, at Los Angeles, California.

*/s/Kerry Powers*
Kerry Powers