ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
  KOlah@yukelaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
  ganderson-thompson@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., JOHNSON &
JOHNSON SERVICES, INC., JOHNSON &
JOHNSON (erroneously sued as "Johnson &
Johnson, Inc."). DEPUY INTERNATIONAL
LIMITED (erroneously sued as "DePuy
International, Ltd.")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY VANYI and KAREN VANYI,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON. INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV-12-3535-~~MEJ~~ JSW<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION TO STAY PROCEEDINGS** |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs LARRY VANYI and KAREN VANYI and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all documents,

files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended pending entry of a Scheduling Order in the MDL court addressing the sequencing and processing of future remand motions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __July 18__, 2012

*/s/ Jeffrey S. White*
~~Hon. Maria-Elena James~~
JEFFREY S. WHITE